

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.**,
Appellant

v.

**PEDERNAL ENERGY, LLC**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Patricia O. Alvarez, Justice

On September 19, 2014, Appellee Pedernal Energy, LLC filed a motion for rehearing and a motion for en banc reconsideration. *See* TEX. R. APP. P. 49.1, 49.7. The court requests Appellant Bruington Engineering file a response to the motion. *See id.* R. 49.2. If Appellant Bruington Engineering chooses to file a response, any such response must be filed not later than **November 7, 2014**.

It is so **ORDERED** on October 8, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court